IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

    Petitioner,                             No. CIV S-07-1593 FCD GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                           ORDER

_____/

        Petitioner, a state prisoner at California Correctional Center, has filed what appears to be his petition for review to the California Supreme Court, regarding his conviction in Shasta County Superior Court. Because nothing but the state court petition was filed herein, the filing, if intended to serve as a petition pursuant to 28 U.S.C. § 2254, is deficient for more than one reason.

        In the first place, by filing a petition for review to the state supreme court in this court, the undersigned is unable to ascertain whether petitioner has exhausted his state court remedies. The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion, thus, may

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1

not be implied or inferred. A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986). As noted, the court cannot discern by this filing whether petitioner has exhausted his remedies in the highest state court and will therefore dismiss the petition without prejudice.[2]

In addition, petitioner has failed to submit an application requesting leave to proceed in forma pauperis or to have paid the required $5.00 filing fee. The petition for review will be dismissed with leave granted to file an amended petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity, within thirty days, to file an amended petition using the form appropriate for this district, and either to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee. If petitioner has exhausted his state court remedies and amends his petition timely, he need not re-file the petition for review but may ask the court to incorporate August 6, 2007, filing within his amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The petition is dismissed for petitioner's failure to set forth that he has exhausted his state court remedies, but petitioner is granted leave, within thirty days from the date of service of this order, to file an amended petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local

---

[2] Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

1  Rules of Practice; the amended petition must bear the docket number assigned this case;
2  petitioner must use the form for a habeas petition that will be provided herewith and to file an
3  original and two copies of the petition; if petitioner has exhausted his state court remedies and
4  files a timely amended petition on the appropriate form, should he wish to incorporate his initial
5  filing, the petition for review within his amended petition, he may ask the court to do so, rather
6  than re-submitting a duplicate of the previous filing.

      2. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form also provided by the Clerk of Court, or the filing fee in the amount of $5.00.

      3. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

      4. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

DATED: 8/30/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
shou1593.dis